# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| REAL KITEBOARDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-1042-RLY-JMS |
| ) | |
| OCEAN EXTREME SPORTS, ) | |
| LTD., INC., and DARYL DROWN, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. RULE 41(A)

Come now the Parties, REAL KITEBOARDING, INC., Plaintiff, by counsel, Theodore J. Minch, Defendants OCEAN EXTREME SPORTS, LTD., INC., and DARYL DROWN, Individually (Plaintiff and Defendants shall hereinafter be referred to collectively as the "Parties"), by counsel Kathleen A. DeLaney, Kristen McCallion, and Anthony Fletcher, collectively, and hereby stipulate to the dismissal of this cause of action under Fed. Rule 41(A), with prejudice, costs and / or fees paid by the respective Parties, for the reason that all matters herein have been fully compromised and any and all claims settled.

Respectfully submitted,

By: ___/s/ Theodore J. Minch_____
Theodore J. Minch (18798-49)
SOVICH MINCH, LLP
Attorneys for Real Kiteboarding, Inc.
10099 Chesapeake Drive, Suite 100
Indianapolis, Indiana 46055
Telephone: (317) 335-3601
Facsimile: (317) 335-3602
E-Mail: tjminch@sovichminch.com

By: _____/s/ Kathleen A. DeLaney_____
Kathleen A. DeLaney
DELANEY & DELANEY LLC
3646 North Washington Blvd.
Indianapolis, Indiana 46205
e-mail: kathleen@delaneylaw.net

By: _____/s/ Kristen McCallion_____
Kristen McCallion
Anthony Fletcher
FISH & RICHARDSON, P.C.
CitiGroup Building, 52nd Floor
153 East 53rd Street
New York, New York 10022
e-mail: mccallion@fr.com
e-mail: fletcher@fr.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Stipulation of Dismissal with Prejudice under Fed. Rule 41(A) was forwarded this day to the following party representatives of record via electronic mail, this 16th day of April, 2008:

Kathleen A. DeLaney
DELANEY & DELANEY LLC
3646 North Washington Boulevard
Indianapolis, Indiana 46205
e-mail: kathleen@delaneylaw.net

Kristen McCallion, Esq.
Anthony Fletcher, Esq.
FISH & RICHARDSON, P.C.
CitiGroup Building, 52nd Floor
153 East 53rd Street
New York, New York 10022
e-mail: mccallion@fr.com
e-mail: fletcher@fr.com

SOVICH MINCH, LLP


/s/Theodore J. Minch_____
Theodore J. Minch, Esq. (18798-49)
SOVICH MINCH, LLP
Attorney for Plaintiff Real Kiteboarding, Inc.
E-Mail: tjminch@sovichminch.com