# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| REAL KITEBOARDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-1042-RLY-JMS |
| ) | |
| OCEAN EXTREME SPORTS, ) | |
| LTD., INC., and DARYL DROWN, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. RULE 41 (A)

The Parties, REAL KITEBOARDING, INC., Plaintiff, by counsel, Theodore J. Minch, Defendants OCEAN EXTREME SPORTS, LTD., INC., and DARYL DROWN, Individually (Plaintiff and Defendants shall hereinafter be referred to collectively as the "Parties"), by counsel Kathleen A. DeLaney, Kristen McCallion, and Anthony Fletcher, collectively, have filed their Stipulation of Dismissal with Prejudice under Fed. Rule 41(A).

The Court has read this Stipulation and, being duly advised in this matter, now finds that the same should be entered as an Order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff REAL KITEBOARDING, INC.'s claims against Defendants OCEAN EXTREME SPORTS, LTD., INC., and DARYL DROWN, Individually, are hereby dismissed, with prejudice, costs and fees paid by the respective parties.

DATED:_____

_____
Judge, U.S. District Court

COPIES TO:

| | |
|---|---|
| Theodore J. Minch, Esq. | Kathleen A. DeLaney, Esq. |
| SOVICH MINCH, LLP | DELANEY & DELANEY, LLC |
| 10099 Chesapeake Drive, Suite 100 | 3646 North Washington Boulevard |
| McCordsville, Indiana 46055 | Indianapolis, Indiana 46205 |
| tjminch@sovichminch.com | kathleen@delaneylaw.net |