# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| REAL KITEBOARDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-1042-RLY-JMS |
| ) | |
| OCEAN EXTREME SPORTS, ) | |
| LTD., INC., and DARYL DROWN, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE UNDER FED. RULE 41 (A)

The Parties, REAL KITEBOARDING, INC., Plaintiff, by counsel, Theodore J. Minch, Defendants OCEAN EXTREME SPORTS, LTD., INC., and DARYL DROWN, Individually (Plaintiff and Defendants shall hereinafter be referred to collectively as the "Parties"), by counsel Kathleen A. DeLaney, Kristen McCallion, and Anthony Fletcher, collectively, have filed their Stipulation of Dismissal with Prejudice under Fed. Rule 41(A).

The Court has read this Stipulation and, being duly advised in this matter, now finds that the same should be entered as an Order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff REAL KITEBOARDING, INC.'s claims against Defendants OCEAN EXTREME SPORTS, LTD., INC., and DARYL DROWN, Individually, are hereby dismissed, with prejudice, costs and fees paid by the respective parties.

DATED: 04/21/2008

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

COPIES TO:

Theodore J. Minch, Esq.
SOVICH MINCH, LLP
10099 Chesapeake Drive, Suite 100
McCordsville, Indiana 46055
tjminch@sovichminch.com

Kathleen A. DeLaney, Esq.
DELANEY & DELANEY, LLC
3646 North Washington Boulevard
Indianapolis, Indiana 46205
kathleen@delaneylaw.net